■ PEOPLE, Respondent, v WILLIAM ALLEN, Appellant. [638 NYS2d 371] —Motion for production of Grand Jury minutes denied. Memorandum: Defendant's motion essentially seeks an order settling the record to include the Grand Jury minutes. Thus, the motion should be addressed to the trial court *(see,* 22

NYCRR 1000.5 [a] [3]; [g] [2]). Present—Green, J. P., Lawton, Callahan, Balio and Davis, JJ.